September 3, 1981.

Certification to State Board of Education is granted.

STATE OF NEW JERSEY v. ALEXANDER SELPH.

September 22, 1981.

Leave to appeal is granted and the matter is summarily remanded to the Appellate Division for consideration of the appeal on the merits, conditioned upon the defendant making a preliminary showing to the satisfaction of that court within 14 days of the filing date of this order that the appeal will raise a substantial question which should be determined by the Appellate Court; and it is further ORDERED that the plaintiff may respond to the defendant's preliminary showing within 10 days of the filing of that application; and it is further ORDERED

that the appeal shall stand dismissed if the defendant does not comply with the above condition and filing schedule. Jurisdiction is not retained.